ORIGINAL

1 | **SCHARFF_H.ref**

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: 472-7332
6 | FAX: 472-7215

7 | Attorney's for United States of America

**FILED**

DISTRICT COURT OF GUAM

JAN 0 5 2006

MARY L.M. MORAN
CLERK OF COURT

8

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE DISTRICT OF GUAM

11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 99-00055 |
| Plaintiff, | ) | |
| v. | ) | PETITION TO REFUND OVERPAYMENT OF SPECIAL ASSESSMENT FEE |
| HANS GEORGE S. SCHARFF, JR. | ) | |
| Defendant. | ) | |

17

18 | <u>PETITION</u>

19 | On July 23, 1999, Defendant HANS GEORGE S. SCHARFF, JR was sentenced, among

20 | other things, to pay a $200.00 special assessment fee and restitution in the amount of $3,000.00.

21 | Plaintiff petitions the Court to refund the overpaid portion of the special assessment fee imposed

22 | against the Defendant and states as follows:

23 | 1. The following assessment fee was imposed against Defendant:

24 | <u>$200.00</u>   Amount of assessment fee

25 | <u>$300.00</u>   Amount collected (see attachment A)

26 | <u>$100.00</u>   Amount overpaid

27 | //

28 | //

1    2.    Plaintiff respectfully requests that the Court refund the full amount of

2  overpayment by issuing a check in the amount of $100.00 to Hans George S. Scharff, Jr. and

3  mailing the check to his last known address which will provided to the Clerk's Office upon

4  request.

5    3.    Plaintiff further requests that any future payments made by defendant be refunded

6  to him.

7    DATED this _____ day of _____, 2005.

8

9                              LEONARDO M. RAPADAS
                               United States Attorney
10                             Districts of Guam and the NMI

11

12                 By:    _____
                          MARIVIC P. DAVID
13                        Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                - 2 -

# District Court of Guam
# Fees Report

Case: CR-99-00055

Fee(s): Assessments/Fines; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 02/22/2000 | 0017347 | SCHARFF, HANS GEORGE S. | | | |
| | | | CR-99-00055: CR-99-00055 Restitution Check Info: 15-51 #3091 51578502 ~~Restitution~~ *Assessments*. | $ | 25.00 |
| | | | Payment Type(s) Check | $ | 25.00 |
| 04/18/2000 | 0017585 | SCHARFF, HANS GEORGE | | | |
| | | | CR-99-00055: CR-99-00055 Assessments/Fines M.O. #84644226652 000410 968201 Assessments/Fines | $ | 25.00 |
| | | | Payment Type(s) Money Order | $ | 25.00 |
| 05/02/2000 | 0017629 | SCHARF, HANS GEORGE S. | | | |
| | | | CR-99-00055: CR-99-00055 Assessments/Fines Assessments/Fines | $ | 25.00 |
| | | | Payment Type(s) Money Order | $ | 25.00 |
| 05/23/2000 | 0017728 | SCHARF, HANS GEORGE S. | | | |
| | | | CR-99-00055: CR-99-00055 Assessments/Fines Check Info: 15-51 #04220242 Assessments/Fines | $ | 25.00 |
| | | | Payment Type(s) Check | $ | 25.00 |
| 06/05/2000 | 0017795 | SCHARF, HANS GEORGE S. | | | |
| | | | CR-99-00055: CR-99-00055 Assessments/Fines Assessments/Fines | $ | 25.00 |
| | | | Payment Type(s) Money Order | $ | 25.00 |
| 07/05/2000 | 0017881 | SCHARF, HANS GEORGE S. | | | |
| | | | CR-99-00055: CR-99-00055 Assessments/Fines MO#85826325914 Assessments/Fines | $ | 25.00 |
| | | | Payment Type(s) Money Order | $ | 25.00 |

*transferred to Assessments 5/26/00; see attachment A-1

12/20/2005  9:30 am

**EXHIBIT A**

Hobbies

Case 1:99-cr-00055    Document 38    Filed 01/05/2006    Page 3 of 11

# District Court of Guam
# Fees Report

Fee(s): Assessments/Fines; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 07/25/2000 | 0017975 | SCHARF, HANS GEORGE S. | | | |
| | | | CR-99-00055: CR-99-00055 Assessments/Fines Check Info: 15-51 #2221 04680255 | | |
| | | | Assessments/Fines | $ | 25.00 |
| | | | Payment Type(s) | | |
| | | | Check | $ | 25.00 |
| 10/18/2000 | 0018330 | SCHARF, HANS GEORGE S. | | | |
| | | | CR-99-00055: CR-99-00055 Restitution Check Info: 15-51 #2221 55767842 | | |
| | | | Restitution | $ | 25.00 |
| | | | Payment Type(s) | | |
| | | | Check | $ | 25.00 |
| 10/29/2001 | 0019766 | SCHARF, HANS GEORGE S. | | | |
| | | | CR-99-00055: CR-99-00055 USA vs Hans G.Jr. Scharf Restitution Check Info: 15-51 #222160047603 | | |
| | | | Restitution | $ | 60.72 |
| | | | Payment Type(s) | | |
| | | | Check | $ | 60.72 |
| 10/31/2002 | 0021360 | SCHARF, HANS GEORGE S. | | | |
| | | | CR-99-00055: CR-99-00055 USA vs Hans G. Scharff Assessments/Fines | | |
| | | | Assessments/Fines | $ | 75.00 |
| | | | Payment Type(s) | | |
| | | | Money Order | $ | 75.00 |
| 05/14/2003 | 0022349 | SCHARF, HANS GEORGE S. | | | |
| | | | CR-99-00055: CR-99-00055 USA vs HANS GEORGE SCHARFF, JR. Restitution M.O. #193065962 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Money Order | $ | 100.00 |

*[Handwritten note by 10/18/2000 entry:]* * Transferred to Assessment 11/08/200; See attachment A-2

*[Handwritten note by 05/14/2003 entry:]* * $25.00 tranferred to Assessments 5/27/2003; See attachment A-3!

12/20/2005  9:30 am

# District Court of Guam
# Fees Report

Fee(s): Assessments/Fines; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 06/02/2003 | 0022460 | SCHARF, HANS GEORGE S. | | | |
| | | | CR-99-00055: CR-99-00055<br>Re: USA vs Hans G. S. Scharff, Jr.<br>Restitution | | |
| | | | Restitution | $ | 300.00 |
| | | | Payment Type(s)<br>Money Order | $ | 300.00 |
| 06/24/2003 | 0022596 | U.S. District Court | | | |
| | | | CR-99-00055: CR-99-00055<br>U.S.A. vs. HANS SCHARFF<br>Restitution<br>MO#196174651, 75-1555/912 | | |
| | | | Restitution | $ | 125.00 |
| | | | Payment Type(s)<br>Money Order | $ | 125.00 |
| 07/14/2003 | 0022727 | SCHARF, HANS GEORGE S. | | | |
| | | | CR-99-00055: CR-99-00055<br>Re: USA vs Hans G.S. Scharff, Jr.<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Money Order | $ | 100.00 |
| 08/21/2003 | 0022918 | U.S. DISTRICT COURT | | | |
| | | | CR-99-00055: CR-99-00055<br>U.S.A. vs. HANS G. SCHARFF<br>Restitution<br>MO#198432288 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Money Order | $ | 100.00 |
| 09/15/2003 | 0023048 | SCHARF, HANS GEORGE S. | | | |
| | | | CR-99-00055: CR-99-00055<br>Re: USA vs Hans  George Scharff, Jr.<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Money Order | $ | 100.00 |

12/20/2005  9:30 am

# District Court of Guam
# Fees Report

Fee(s): Assessments/Fines; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 12/12/2003 | 0023576 | SCHARF, HANS GEORGE S. | | | |
| | | | CR-99-00055: CR-99-00055 USA vs HANS G.S. SCHARF JR., Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Money Order | $ | 100.00 |
| 02/13/2004 | 0023870 | SCHARF, HANS GEORGE S. | | | |
| | | | CR-99-00055: CR-99-00055 USA vs HANS G. SCHARF Restitution M.O.#82-40/1021 #08-019095357 | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | | Money Order | $ | 100.00 |
| 08/02/2004 | 0024906 | SCHARF, HANS GEORGE S. | | | |
| | | | CR-99-00055: CR-99-00055 RE: USA vs HANS GEORGE S. SCHARF, JR. Restitution M.O. 75-1555/912 #211694572 = $115.00 #216218499 = $115.00 | | |
| | | | Restitution | $ | 230.00 |
| | | | Payment Type(s) | | |
| | | | Money Order | $ | 230.00 |
| 09/07/2004 | 0025109 | SCHARF, HANS GEORGE S. | | | |
| | | | CR-99-00055: CR-99-00055 USA vs HANS GEORGE SCHARF Restitution M.O.#75-1555/ 912,212211928 | | |
| | | | Restitution | $ | 115.00 |
| | | | Payment Type(s) | | |
| | | | Money Order | $ | 115.00 |

# District Court of Guam
# Fees Report

Fee(s): Assessments/Fines; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|------|---------|----------|------------|---|--------|
| 09/07/2004 | 0025110 | SCHARF, HANS GEORGE S. | | | |
| | | | CR-99-00055: CR-99-00055 USA vs HANS GEORGE SCHARF Restitution M.O.#75-1555/ 912,212211929 | | |
| | | | Restitution | $ | 115.00 |
| | | | Payment Type(s) | | |
| | | | Money Order | $ | 115.00 |
| 08/23/2005 | 0026970 | SCHARF, HANS GEORGE S. | | | |
| | | | CR-99-00055: CR-99-00055 USA VS. HANS GEORGE S. SCHARFF, JR. Restitution Check Info: 64-7132/2610 #003339 | | |
| | | | Restitution | $ | 2,189.90 |
| | | | Payment Type(s) | | |
| | | | Check | $ | 2,189.90 |

```
              RECEIPT FOR PAYMENT
          DISTRICT COURT OF GUAM
              at HAGATNA, GUAM


    Rcpt#:0023213    Date: 10/14/2003

    Received From:
        SCHARF, HANS GEORGE S. JR.
        2210 Sullivan Rd. Apt. 20-7
        College Park, GA 30349

    ==================================
    CR-99-00053.50
    Re: USA vs Hans George S. Scharff,
    Jr.
    Restitution
    ==================================
        Account          Amount
        -------          -------

        6855XX          $100.00
                        ================
            Total:      $100.00
    ==================================
    Payment Tendered:
            Cash :       $0.00
            Check:       $0.00
            M.O.:      $100.00
                      ================
                      $100.00

    Change Due:         $0.00


    ==================================
    Checks and drafts are accepted subject
    to collection and full credit will only
    be given when the check or draft has
    been accepted by the financial
    institution on which it was drawn.
    ==================================

    Deputy
    Clerk:

            Leilani Hernandez
```

**US Attorney's Office
Districts of Guam & NMI**

DEC 22 2005
Time _3:22p_
Receiving name _Peina_
Date keyed in Dbase _____
Entered into Dbase by: _____

# ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
## SCHEDULE TO EFFECT CORRECTION OF RECEIPT TRANSACTIONS

### DISTRICT COURT OF GUAM - CLERK'S OFFICE

Court or Office

D.O. 4694

(D.O. Symbol)

Document I.D.

| TRANSFER FROM | ACCOUNTING INFORMATION | TRANSFER TO |
|---|---|---|
| 2000 | Budget FY | 2000 |
| 6855XX | Fund | 504100 |
| D09GUXC | Budget Org. | D09GUXC |
| | Revenue Source | |

If an Appropriated Fund is affected, complete the following:

| | | |
|---|---|---|
| | Cost Org. | |
| | Program | |
| | BOC | |

Total Amount ................................................. $ 25.00

Explanation of Transfer: CRIMINAL CASE NO. 99-00055
USA vs. HANS GEORGE S. SCHARFF, JR.
Receipt #0017347 dated 02/22/2000 should be applied to Defendant's
Assessment Fee.

A·1

05/26/2000                 Financial Administrative          Priscilla J.B. Quichocho
Date                       Certified Correct for Adjustment as Stated.          Signature

# ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
# SCHEDULE TO EFFECT CORRECTION OF
# RECEIPT TRANSACTIONS



### DISTRICT COURT OF GUAM - CLERK'S OFFICE

Court or Office _____

D.O. 4694
_____ | _____
(D.O. Symbol)

Document I.D. _____

| TRANSFER FROM | ACCOUNTING INFORMATION | TRANSFER TO |
|---|---|---|
| 2001 | Budget FY | 2001 |
| 6855XX | Fund | 504100 |
| D09GUXC | Budget Org. | D09GUXC |
| | Revenue Source | |

If an Appropriated Fund is affected. complete the following:

| | | |
|---|---|---|
| | Cost Org. | |
| | Program | |
| | BOC | |

Total Amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ $25.00

Explanation of Transfer:  RECEIPT NO. 18330 DATED OCTOBER 18, 2000
RE:  CRIMINAL CASE NO. 99-00055
USA vs. HANS GEORGE S. SCHARFF, JR.
PAYMENT SHOULD BE APPLIED TO SPECIAL ASSESSMENT FEE.



Certified Correct for Adjustment as Stated.

Priscilla J.B. Quichocho

11/08/00     Financial Administrative    /s/ Priscilla J.B. Quichocho
Date           Title                     Signature

# ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
# SCHEDULE TO EFFECT CORRECTION OF
# RECEIPT TRANSACTIONS

RECEIVED
U.S. ATTORNEY'S OFFICE
DISTRICT OF GUAM
2003 JUN -3 PM 1: 37



## DISTRICT COURT OF GUAM - CLERK'S OFFICE

Court or Office _____

D.O. 4694
_____
(D.O. Symbol)

Document I.D. _____

| TRANSFER FROM | ACCOUNTING INFORMATION | TRANSFER TO |
|---|---|---|
| 2003 | Budget FY | 2003 |
| 6855XX | Fund | 504100 |
| D09GUXC | Budget Org. | D09GUXC |
| | Revenue Source | |

If an Appropriated Fund is affected, complete the following:

| | | |
|---|---|---|
| | Cost Org. | |
| | Program | |
| | BOC | |

| | | |
|---|---|---|
| Total Amount ............................................... $ | | $25.00 |

Explanation of Transfer: RECEIPT NO. 0022349 DATED MAY 14, 2003
RE: CRIMINAL CASE NO. 99-00055 - USA. vs. HANS GEORGE SCHARFF, JR.
$100.00 PAYMENT BY DEFENDENT SHOULD BE APPLIED AS FOLLOWS:
- $25.00 for Assessment Fee
- $75.00 for Restitution



A-3

Certified Correct for Adjustment as Stated.

| 05/27/2003 | Financial Administrator | Priscilla B. Quichocho |
|---|---|---|
| Date | Title | Signature |