

**FILED**
DISTRICT COURT OF GUAM
JAN 06 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HANS GEORGE S. SCHARFF, JR.,<br><br>Defendant. | CRIMINAL CASE NO. 99-00055<br><br>**O R D E R**<br><br>Re: United States Petition to Refund Overpayment of Special Assessment Fee |

Based upon the Plaintiff's Petition to Refund Overpayment of Special Assessment Fee, the Court hereby orders the overpaid portions of the special assessment fee in the amount of $100.00 shall be refunded to Hans George S. Scharff, Jr. by mailing a check to his last known address as provided by the plaintiff. Any future payments made by Defendant Hans George S. Scharff, Jr. shall be refunded to him.

**IT IS SO ORDERED** this 6th day of January, 2006.

Honorable Francis Tydingco-Gatewood
Designated Judge, District Court of Guam

ORIGINAL