DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>HANS GEORGE S. SCHARFF, JR.,<br><br>        Defendant. | CRIMINAL CASE NO. 99-00055<br><br>**ORDER** |

On January 6, 2006, the Court ordered that based on the plaintiff's Petition to Refund Overpayment of Special Assessment Fee, the amount of $100.00 shall be refunded to Defendant Hans George S. Scharff, Jr. Subsequently, on further review of the record, the Clerk's Office verified that there is no overpayment in the amount of $100.00 in Fund 504100 (special assessment fee) but that this amount should be transferred to Penalty Fund 109900 based on written notification from the U.S. Attorney's Office, that the total amount of penalty imposed to be collected is $170.41.

As of March 13, 2006, the total amount of restitution collected by the Defendant was $3,885.62. However, there were a total of three (3) transfers to Fund 504100 (special assessment fee) on 5/26/00, 11/05/00, and 5/27/03 for $25.00 each, for a total of $75.00. Therefore, the total amount collected in Fund 6855XX was reduced to $3,810.62. The total amount of restitution to be disbursed to the victim is $3,740.21 ($3,000.00 principal + $740.21 interest), leaving a balance of $70.41 to be transferred from Deposit Fund 6855XX to Penalty Fund 109900.

//

Accordingly, the Court hereby vacates the Order Re: Petition to Refund Overpayment of Special Assessment Fee filed January 6, 2006 and hereby orders the Clerk of Court to transfer $70.41 from Deposit Fund 6855XX to Penalty Fund 109900 and $100.00 from Fund 504100 to Penalty Fund 109900.

DATED this 16th day of MARCH, 2006.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE